UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re: LILLIAM F. MEJIAS-HERNANDEZ<br>JOSE LUIS MERCADO-ALAMO<br>Debtors. | Chapter 13 Bankruptcy<br><br>Case No. 21-25394 KMP |

## CERTIFICATION OF DEFAULT

The undersigned certifies as follows:

1. The Chapter 13 Standing Trustee previously filed a Motion to Dismiss the above referenced case.

2. An Order Denying Trustee's Motion to Dismiss was signed on January 13, 2022. The Debtors must cure the Plan payment default through December 2021 in the amount of $457.00, or alternatively, file an Amended Plan to cure the default on or before January 31, 2022.

3. The Order also required the Debtors to pay $457.00 monthly, or such other amount as specified under the terms of any subsequent Chapter 13 plan confirmed by this Court, commencing with January 2022 through and including June 2022. Should the Debtors fail to make the equivalent of one monthly payment in that amount on or before the last day of each month, the Order provided that the Trustee could submit a Certification of Default and an Order Dismissing Case without further hearing.

4. The Debtors have failed and neglected to make the required payments. All payments received by the Trustee for this case in the last twelve (12) months appear in the table below. If necessary, an appropriate staff member from the Office of the Chapter 13 Trustee would testify that this information is contained in the business records of the Trustee.

| Transaction Date | Check Number | Amount | Source |
|---|---|---|---|
| 2022-01-06 | 16202270 | $458.00 | TFS Payment |

5. This certification is made in support of an Order Dismissing Case.

/s/_____
Tongula Washington
Administrative Assistant to
Scott Lieske, Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
 (414) 271-3943

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re: LILLIAM F. MEJIAS-HERNANDEZ<br>JOSE LUIS MERCADO-ALAMO | Chapter 13 Bankruptcy |
| Debtors. | Case No. 21-25394 KMP |

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that the **CERTIFICATION OF DEFAULT** in this case was electronically filed with the Clerk of Court and served upon the following parties using the ECF system in the date of the electronic signature affixed hereto:

    OFFICE OF THE U.S. TRUSTEE

    MILLER & MILLER

I further certify that I have mailed by United States Postal Service the same document to the following non-ECF participants:

    LILLIAM F. MEJIAS-HERNANDEZ & JOSE LUIS MERCADO-ALAMO
    2509 W. LEGION STREET
    MILWAUKEE, WI 53204

/s/_____
Tongula Washington
Administrative Assistant to
Scott Lieske, Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
(414) 271-3943